MARTIN J. HACKETT, Respondent, *v.* THE HACKETT HATCH DOOR MANUFACTURING COMPANY, Appellant.

(Argued February 10, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 2, 1885, which affirmed a judgment of the Special Term ordered for plaintiff.

*A. J. Todd* for appellant.

*William H. Clark* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. HENRY S. EDWARDS, Appellant, *v.* CHARLES O. POTTER, Commissioner of Highways, etc., et al., Respondents.

(Submitted February 10, 1888; decided February 28, 1888.)

APPEAL from an order of the General Term of the Supreme Court in the fourth judicial department, entered June 8, 1885, which affirmed on *certiorari* an order laying out a highway, made by the defendant Potter.

*Robert T. Johnson* for appellant.

*Lewis F. Raymond* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.